```
ROBERT S. BREWER, JR.
United States Attorney
KEVIN J. LARSEN
Assistant U.S. Attorney
Arizona State Bar No. 019865
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6986

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARIA DE LA LUZ HERNANDEZ-<br>DEGUILLEN,<br><br>　　　　　　Defendant. | Case No. _____<br><br>**STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESS(ES) AND ORDER THEREON**<br><br>(Pre-Indictment<br>　Fast-Track Program) |

　　　IT IS HEREBY STIPULATED AND AGREED between plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Kevin J. Larsen, Assistant United States Attorney, and defendant MARIA DE LA LUZ HERNANDEZ-DEGUILLEN, by and through and with the advice and consent of defense counsel, Merle N. Schneidewind, that:

　　　1.　Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

　　　2.　The material witnesses, YARISLEIDY PEREZ-JORGE and SUSANA DEL PILAR MUNOZ-OCANA, in this case:

　　　　　a.　Are aliens with no lawful right to enter or remain in the United States;

KJL:am:8/6/2020

  b. Entered or attempted to enter the United States illegally on or about July 28, 2020;

  c. Were found in a vehicle, driven by defendant near Niland, California;

  d. Were paying others $2,000 to be brought into the United States illegally and/or transported illegally to their destination therein; and,

  e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3. The vehicle driven by defendant in this case:

  a. Was seized as evidence and is held by the Department of Homeland Security;

4. After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324, for any reason, or thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

  a. The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

  b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

  c. Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case; and,

5. By signing this stipulation and joint motion, defendant

certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

8/21/2020
DATED

KEVIN T. LARSEN
Assistant U.S. Attorney

8-18-20
DATED

MERLE N. SCHNEIDEWIND
Defense Counsel

DATED

MARIA DE LA LUZ HERNANDEZ-DEGUILLEN
Defendant

I discussed this stipulation with Ms. Hernandez and had read to her in her native language (Spanish) each line. I answered all her questions and I believe it is understood by her. I also believe it is in her best interest to enter this stipulation.

MERLE SCHNEIDEWIND

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

_____           _____
DATED                                  United States Magistrate Judge