**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA DE LA LUZ HERNANDEZ-DEGUILLEN,<br><br>　　　　　　Defendant. | Case No.: **20cr2530-BAS**<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) - Transportation of Certain Aliens |

The United States Attorney charges:

### Counts 1 & 2

On or about July 28, 2020, within the Southern District of California, defendant MARIA DE LA LUZ HERNANDEZ-DEGUILLEN, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens, within the United States, in order to help said aliens remain in the United States illegally:

| Count | Name |
|---|---|
| 1 | YARISLEIDY PEREZ-JORGE |
| 2 | SUSANA DEL PILAR MUNOZ-OCANA |

//

//

KJL:am:8/6/2020

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: 08/19/2020 .

ROBERT S. BREWER, JR.
United States Attorney

*Kevin J. Larsen*

KEVIN J. LARSEN
Assistant U.S. Attorney